No. 74–6653. BRUCE *v.* U. S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS. Motion for leave to file petition for writ of mandamus dismissed August 26, 1975, under this Court's Rule 60.

No. 74–6489. GUAJARDO ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari dismissed as to petitioner Juan Chapa, Jr., on September 9, 1975, under this Court's Rule 60. 

No. 75–163. CALIFORNIA & HAWAIIAN SUGAR CO. ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari dismissed September 18, 1975, as to petitioners Union Sugar Division, Consolidated Foods Corp.; Amalgamated Sugar Co.; Great Western Sugar Co.; and Holly Sugar Corp. under this Court's Rule 60.

No. 74–1602. POLITI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari dismissed September 25, 1975, under this Court's Rule 60. 

No. 74–1490. S & H PACKING Co., INC. *v.* DESARACHO ET AL., DBA SARACHO HNOS. C. A. 9th Cir. Certiorari dismissed September 29, 1975, under this Court's Rule 60.

No. 74–1485. ENGLISH *v.* LAWRENCE, U. S. DISTRICT JUDGE, ET AL. C. A. 5th Cir. Certiorari dismissed October 1, 1975, under this Court's Rule 60.